June 10, 1976.

358 A.2d 86

Abd v. Spencer et al., Appellants.

Argued April 19, 1976.   John E. Beard, III, with him H. Woodruff Turner, for appellants; Gustave Diamond, for appellee.

Order affirmed.

SPAETH, J., absent.

358 A.2d 80

Arsenal Construction Company v. Walshak, et al., Appellants.

Argued April 14, 1976. Robert S. Adams, with him Sutter & Adams, for appellants; Homer W. King, and King, Bowman & Hanna, submitted a brief for appellee.

Judgment affirmed.